#60991
FILED
2011 MAR 17 PM 2:30
CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

UNCLAIMED FUNDS

MARCH 16, 2011

05-62769    TAMARA HOWELL
            CREDITOR DID NOT CASH CHECK
            CHECK #485184 FOR $50.68
            FIRST MERIT MTG CORP
            4455 HILLS & DALES RD NW
            CANTON, OH  44708

05-68391    DAVID MEREDITH
            DANA MEREDITH
            CREDITOR DID NOT CASH CHECK
            CHECK #485185 FOR $23.17
            DISCOVER BANK/DFS SERVICES
            PO BOX 3025
            NEW ALBANY, OH  43054-3025

08-60890    MICHAEL DHAYER
            DENISE DHAYER
            CREDITOR DID NOT CASH CHECK
            CHECK #485186 FOR $4.91
            DISCOVER BANK/DFS SERVICES
            PO BOX 3025
            NEW ALBANY, OH  43054-3025

(08-63050)  CLAY DOUGLAS
            CHERYL DOUGLAS
            CREDITOR DID NOT CASH CHECK
            CHECK #485187 FOR $6.26
            DISCOVER BANK/DFS SERVICES
            PO BOX 3025
            NEW ALBANY, OH  43054-3025

09-61992    KATHY MEGARA
            CREDITOR DID NOT CASH CHECK
            CHECK #485188 FOR $14.07
            DISCOVER BANK/DFS SERVICES
            PO BOX 3025
            NEW ALBANY, OH  43054-3025

```
       0 · *
      50 · 68 +
      23 · 17 +
       4 · 91 +
       6 · 26 +
      14 · 07 +
     761 · 54 +
      86 · 97 +
     145 · 41 +
   1,093 · 01 *
```